IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
DIVISION



| UNITED STATES OF AMERICA | PROSECUTION |
|---|---|
| VERSUS | 1:21-CR-0073-HSO-RHWR |
|  | 1:24-CV-27-HSO |
| NICHOLAS PAUL GODSEY | |

## DECLARATION OF TECHNICAL DIFFICULTIES

Please take notice that J.D. TAYLOR was unable to file a response to complaint in a timely manner due to technical difficulties. The deadline for filing the was March 5th 2024.

The reason that I was unable to file the response in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the court and the other parties that I could not do so are set forth below.

PACER was having difficulties on their behalf. I contacted PACER regarding the issue of not being able to login, they stated that they were having multiple issues with their systems as far as clients not being able to access their account.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
J.D. TAYLOR
525 Krebs ave
Pascagoula, MS 39538
Phone: 228-238-8050
email:taylorlawofficems@gmail.com

_____
J.D. Taylor