IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NICHOLAS PAUL GODSEY

v.  Civil No. 1:24-cv-27-HSO

UNITED STATES

AND

UNITED STATES

v.  Crim. No. 1:21-cr-73-HSO-RHWR-1

NICHOLAS PAUL GODSEY

### FINAL JUDGMENT

For the reasons given in the Order denying Defendant Nicholas Paul Godsey's Motion [70] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this case is dismissed.

**SO ORDERED AND ADJUDGED**, this the 14th day of February, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE