# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | 1:21-cr-73-HSO-RHWR-1 |
| | § | 1:24-cv-27-HSO |
| | § | Appeal No. 25-60192 |
| NICHOLAS PAUL GODSEY | § | |

## ORDER GRANTING NICHOLAS PAUL GODSEY'S MOTION [87] FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

**BEFORE THE COURT** is Defendant Nicholas Paul Godsey's ("Godsey") Motion [87] for Leave to Proceed in Forma Pauperis on Appeal to the United States Court of Appeals for the Fifth Circuit. After considering the record and relevant legal authority, the Court finds that the Motion [87] should be granted.

Godsey has filed a Notice of Appeal [85] and has an appeal pending in the United States Court of Appeals for the Fifth Circuit. On May 12, 2025, Godsey filed a Motion [87] in this Court seeking to proceed on appeal in forma pauperis. Having reviewed Godsey's Motion [87], the Court concludes that he has the inability to pay or to give security for fees and costs, such that Godsey's Motion [87] for Leave to Proceed in Forma Pauperis on Appeal should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Nicholas Paul Godsey's Motion [87] for Leave to Proceed in Forma Pauperis on Appeal is **GRANTED**.

**SO ORDERED AND ADJUDGED**, this the 13th day of May, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE