# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 11, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60192   USA v. Godsey  
                   USDC No. 1:24-CV-27

The court has denied an extension of time for filing a petition for rehearing in this case.

The Mandate will issue on 2/18/2026.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Amanda M. Duroncelet, Deputy Clerk  
                      504-310-7636

Mr. Gaines H. Cleveland  
Mr. Nicholas Paul Godsey  
Mr. Stanley Blake Harris  
Mr. Arthur S. Johnston III